# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GERMAN RAMIREZ AQUINO,<br><br>        Petitioner,<br><br>   vs.<br><br>JANET NAPOLITANO, et.al.,<br><br>        Respondents. | Case No.:12-cv-01616-DLB (HC)<br><br>ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED |

    Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented by

    In the petition, Petitioner alleges that he is a native of Mexico and that he has been in continuous custody of ICE since December 7, 2011. Petitioner alleges that his detention is unlawful and violates his due process rights under the Due Process Clause of the Fifth Amendment of the United States Constitution. Petitioner also asserts that he is entitled to a bond hearing before a neutral decisionmaker.

    Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254

Cases; Fed. R. Civ. P. 81(a)(2). Respondent SHALL INCLUDE a copy of any relevant portion of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading. Should the parties fail to notify the Court that Petitioner has been released, the parties may be subject to sanctions pursuant to the inherent power of the Court to issue sanctions in appropriate cases. See Local Rule 110.

      Accordingly, IT IS HEREBY ORDERED:

      1.    Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Return to the Order to Show Cause is due within FORTY-FIVE (45) days of the date of service of this order. Petitioner may file a Traverse to the Return within FOURTEEN (14) days of the date the Return to the Order to Show Cause is filed with the Court.

      The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(l). As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse. All other briefing in this action is suspended.

IT IS SO ORDERED.

    Dated:   **October 17, 2012**            /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE