# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GERMAN RAMIREZ AQUINO,<br><br>   Petitioner,<br><br>vs.<br><br>JANET NAPOLITANO, et.al.,<br><br>   Respondents. | Case No.:12-cv-01616-DLB (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE<br><br>[Doc. 8] |

Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is represented by Teresa Salazar-Cosmos, Esq.

Pursuant to the joint stipulation filed on December 6, 2012, it is HEREBY ORDREED that the time for filing the government's response to the Order to Show Cause is extended to January 6, 2013.

IT IS SO ORDERED.

1

Dated:     **December 11, 2012**                                /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE