# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GERMAN RAMIREZ AQUINO, | ) Case No.:12-cv-01616-SAB (HC) |
| Petitioner, | ) ) ORDER GRANTING STIPULATION TO ) EXTEND TIME TO RESPOND TO THE ) ORDER TO SHOW CAUSE |
| vs. | ) |
| JANET NAPOLITANO, et.al., | ) [Doc. 11] ) |
| Respondents. | ) ) ) |

Petitioner is detained by the Immigration and Customs Enforcement ("ICE") and is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner is represented by Teresa Salazar-Cosmos, Esq.

On January 7, 2013, a joint stipulation was filed in which the parties stipulate to a second extension of time for the government to respond to the order to show cause as the parties are attempting to reach a satisfactory resolution to the matter at the administrative level.

Pursuant to the joint stipulation, IT IS HEREBY ORDERED that the time for filing the government's response to the order to show is extended to February 6, 2013.

IT IS SO ORDERED.

Dated: __January 11, 2013__          _____/s/ Stanley A. Boone__
                                          UNITED STATES MAGISTRATE JUDGE

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28