# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO GERMAN RAMIREZ AQUINO,<br><br>Petitioner,<br><br>vs.<br><br>JANET NAPOLITANO, et.al.,<br><br>Respondents. | Case No.:12-cv-01616-SAB (HC)<br><br>ORDER GRANTING JOINT STIPULATION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS<br><br>(ECF. No. 13) |

Petitioner is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 challenging his detention by the Immigration and Customs Enforcement ("ICE"). Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States magistrate judge. Local Rule 305(b).

On January 22, 2013, the parties filed a joint stipulation to dismiss the petition indicating that on January 11, 2013, Petitioner was released from immigration custody on bond and the action is now moot.

///

///

1

Pursuant to the joint stipulation, it is HEREBY ORDERED that the matter is dismissed as MOOT and each side shall bear its own costs of the litigation.

IT IS SO ORDERED.

Dated: __**January 23, 2013**__                           **/s/ Stanley A. Boone**
                                                                     UNITED STATES MAGISTRATE JUDGE